# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 21, 2022

## NO. 03-21-00010-CV

**Lampasas Independent School District, Appellant**

**v.**

**Mike Morath, the Honorable Commissioner of Education for the State of Texas; Bellpas, Inc.; and Copperas Cove Independent School District, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
VACATED AND DISMISSED ON MOTION FOR REHEARING –
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 6, 2020. The parties have filed motions for rehearing, and having reviewed the motions, the record, and the parties' arguments, we grant in part and deny in part the motions for rehearing. The Court therefore withdraws its opinion and judgment from November 19, 2021 and substitutes the following opinion and judgment in their place. The Court holds that the trial court lacked subject matter jurisdiction. Therefore, the Court vacates the trial court's judgment and dismisses the cause. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.